| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on November 4, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4th Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond, Esq.;<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | |
| In Re:<br><br>MARITZA RIVERA, DEBTOR | Case No:    16-28318 SLM<br>Chapter:    13<br>Hearing Date:    10/23/19 10:00 am<br>Judge:    STACEY MEISEL |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 4, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: **THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.**

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) 30 Cuozzo Street, Unit B, Belleville, NJ 07109

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: Weichert Financial Services/Mers Nominee
   b. Current Assignee: U.S. Bank, NA as Trustee
   c. Current Servicer: U.S. Bank, NA and/or Bank of America
   d. Date of Mortgage/Lien: May 6, 2005  Assign. Recorded: October 5, 2016
   e. Date of Recordation: May 23, 2005
   f. Place of Recordation: Essex County
      i. Mortgage Book: 10482
      ii. Page: 347
   g. Original Principal Balance of Mortgage/Lien: $ 51,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

2