| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Raymond & Raymond, Attorneys at Law<br>7 Glenwood Avenue, 4th Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond; Jeffrey M. Raymond, Esq.;<br>Kevin DeLyon, Esq.<br>Attorneys for the Debtor(s) | **Order Filed on November 4,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>MARITZA RIVERA, DEBTOR | Case No:     16-28318 SLM<br><br>Chapter:     13<br><br>Hearing Date:     10/23/19 10:00 am<br><br>Judge:     STACEY MEISEL |

**CHAPTER 13 ORDER AUTHORIZING CANCELLATION,<br>VOIDING AND/OR DISCHARGE OF RECORD OF:**

☒ **MORTGAGE**  ☐ **LIEN**  ☐ **OTHER** (specify) _____

> Recommended Local Form:  ☒ Followed  ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 4, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY
COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address)  30 Cuozzo Street, Unit B, Belleville, NJ 07109

4. Description of Mortgage/Judgment Lien:
    a. Original Mortgagee/Lienholder:  Weichert Financial Services/Mers Nominee
    b. Current Assignee:  U.S. Bank, NA as Trustee
    c. Current Servicer:  U.S. Bank, NA and/or Bank of America
    d. Date of Mortgage/Lien:  May 6, 2005  Assign. Recorded: October 5, 2016
    e. Date of Recordation:  May 23, 2005
    f. Place of Recordation:  Essex County
        i. Mortgage Book:  10482
        ii. Page:  347
    g. Original Principal Balance of Mortgage/Lien: $ 51,000

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-28318-SLM
Maritza Rivera                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Nov 05, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.
db              +Maritza Rivera,    30 Cuozzo Street, Unit B,   Belleville, NJ 07109-1232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trus NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trust NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Herbert B. Raymond    on behalf of Debtor Maritza  Rivera herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS OF THE CSFB HOME EQUITY MORTGAGE TRUST 2005-HF1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               rsolarz@kmllawgroup.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
                                                                                             TOTAL: 8