UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank National Association, as Trustee, successor in
interest to Wachovia Bank, National Association, as
Trustee for GSAA Home Equity Trust 2005-14

**Order Filed on November 7, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.:  16-28318 SLM

Adv. No.:

Hearing Date:  10/23/19 @ 10:00 a.m..

Judge:  Stacey L. Meisel

In Re:

    Maritza Rivera,

Debtor.

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: November 7, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Maritza Rivera
Case No:  16-28318 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity Trust 2005-14, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 30 Cuozzo Street, Unit B, Belleville Township NJ 07109, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of October 21, 2019, Debtor is due for the July 2019 through October 2019  post-petition payments for a total post-petition default of $6,873.35 ( 4 @ $1,797.83, $317.97 less suspense) and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $6,873.35 to be received no later than November 15, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid by November 30, 2019;

It is **ORDERED, ADJUDGED and DECREED** that the payment for November is to be paid by November 30, 2019; and

It is **ORDERED, ADJUDGED and DECREED** that any arrears outstanding will survive a discharge; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

**(Page 3)**
Debtors:   Maritza Rivera
Case No:  16-28318 SLM
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-28318-SLM
Maritza Rivera                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Nov 07, 2019
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db            +Maritza Rivera,   30 Cuozzo Street, Unit B,   Belleville, NJ 07109-1232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC, as servicing agent
           for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
           interest to Wachovia Bank, National Association, as Trus NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Francesca Ann Arcure    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
           for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
           interest to Wachovia Bank, National Association, as Trust NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Herbert B. Raymond    on behalf of Debtor Maritza  Rivera herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
           ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
           ls789@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
           CERTIFICATEHOLDERS OF THE CSFB HOME EQUITY MORTGAGE TRUST 2005-HF1 nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
           rsolarz@kmllawgroup.com
          William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee,
           successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
           Trust 2005-14 ecf@powerskirn.com
                                                                                    TOTAL: 8