**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maritza Rivera<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8298<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–28318–SLM | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maritza Rivera
aka Maritza Rivera Alcala

11/13/19

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 16-28318-SLM
Maritza Rivera                                                     Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2        Date Rcvd: Nov 13, 2019
                              Form ID: 3180W           Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +Maritza Rivera,    30 Cuozzo Street, Unit B,   Belleville, NJ 07109-1232
cr             +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr             +U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR TH,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
516411051       America's Servicing Company,    PO Box 4392,   Woburn, MA 01888
516411057       BCA Financial Services,    18001 Old Cutler Rd., Ste. 462,    Miami, FL 33157-6437
516411053      +Bank of America,    4909 Savarese Circle,   Tampa, FL 33634-2413
516411062       Clara Maas EMA,    PO Box 417442,   Boston, MA 02241-7442
516411063       Clara Maas Medical Center,    PO Box 18346,   Newark, NJ 07191-8346
516411064       Clara Maas Medical Center,    Attn: Patient Financial Services,    PO Box 4329,
                 Houston, TX 77210-4329
516411068      +Dept Of Education,    PO Box 173904,   Denver, CO 80217-3904
516437644      +Empire Medical Associates, PC,    264 Boyden Avenue,   Maplewood, NJ 07040-3058
516411070      +Essex Oncology of North Jersey,    P0 Box 827573,   Philadelphia, PA 19182-7573
516437645      +Labcorp,    PO Box 2240,   Burlington, NC 27216-2240
516437646       Laboratory Corp. of America Holdings,    PO Box 2240,   Burlington, NC 27216-2240
516411071       Mehul Shah, MD, PA,    116 Millburn Avenue,   Millburn, NJ 07041-1919
516411072      +Specialized Loan Servicing, LLC,    PO Box 105219,   Atlanta, GA 30348-5219
516411073      +Specialized Loan Servicing, LLC,    PO Box 636005,   Littleton, CO 80163-6005
516411075       Specialized Loan Servicing, LLC,    5742 Lucent Blvd.,   Suite 300,   Littleton, CO 80129
516537160      +U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE,    FOR THE CERTIFICATEHOLDERS OF THE CSFB,
                 HOME EQUITY MORTGAGE TRUST 2005-HF1,   POB 31785,    Tampa, FL 33631-3785
516497853      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 14 2019 00:49:35      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 14 2019 00:49:32      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516411052       EDI: WFFC.COM Nov 14 2019 04:48:00      America's Servicing Company,   PO Box 51119,
                 Los Angeles, CA 90051-5419
516411054       EDI: BANKAMER.COM Nov 14 2019 04:48:00      Bank of America,   PO Box 53132,
                 Phoenix, AZ 85072-3132
516411055      +EDI: BANKAMER.COM Nov 14 2019 04:48:00      Bank of America,   1825 East Buckeye Rd.,
                 Phoenix, AZ 85034-4216
516411056      +EDI: BANKAMER.COM Nov 14 2019 04:48:00      Bank of America Home Loans,   7105 Corporate Drive,
                 Plano, TX 75024-4100
516411058       EDI: CAPITALONE.COM Nov 14 2019 04:48:00      Capital One Bank Usa NA,   15000 Capital One Dr,
                 Richmond, VA 23238
516411059      +EDI: CHASE.COM Nov 14 2019 04:48:00      Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
516411061      +E-mail/Text: ebn@rwjbh.org Nov 14 2019 00:50:05      Clara Maas,   One Franklin Avenue,
                 Belleville, NJ 07109-3557
516411065       E-mail/Text: ebn@rwjbh.org Nov 14 2019 00:50:05      Clarara Maas Medical Center,   PO Box 29948,
                 New York, NY 10087-9948
516411067      +EDI: WFNNB.COM Nov 14 2019 04:48:00      Comenity Bank,   PO Box 182789,
                 Columbus, OH 43218-2789
516411066      +EDI: WFNNB.COM Nov 14 2019 04:48:00      Comenity Bank,   995 W 122nd Ave,
                 Westminster, CO 80234-3417
516596635       EDI: Q3G.COM Nov 14 2019 04:48:00      Department Store National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
516411069      +EDI: TSYS2.COM Nov 14 2019 04:48:00      Dsnb Macys,   PO Box 8218,   Mason, OH 45040-8218
516629837       EDI: PRA.COM Nov 14 2019 04:48:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,   POB 41067,   Norfolk VA 23541
516511253       EDI: Q3G.COM Nov 14 2019 04:48:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
516411076      +EDI: CITICORP.COM Nov 14 2019 04:48:00      The Home Depot,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
516411060*     +Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
516411074*      Specialized Loan Servicing, LLC,    PO Box 105219,   Atlanta, GA 30348-5219
517189353*     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Nov 13, 2019
                              Form ID: 3180W           Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trus NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for GSAA Home Equity Trust 2005-14, U.S. Bank National Association, as Trustee, successor in
               interest to Wachovia Bank, National Association, as Trust NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Herbert B. Raymond    on behalf of Debtor Maritza  Rivera herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
               CERTIFICATEHOLDERS OF THE CSFB HOME EQUITY MORTGAGE TRUST 2005-HF1 nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               rsolarz@kmllawgroup.com
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, National Association, as Trustee for GSAA Home Equity
               Trust 2005-14 ecf@powerskirn.com
                                                                                             TOTAL: 8
```